| | |
|---|---|
| **Attorney or Party without Attorney:**<br>CAROLINE H. MANKEY, Bar #187302<br>SEDGWICK, LLP<br>801 SOUTH FIGUEROA STREET<br>19TH FLOOR<br>LOS ANGELES, CA  90017<br>Telephone No: 213-426-6900   FAX No: 877-547-6580<br>Ref. No. or File No.: | **For Court Use Only** |
| **Attorney for:** Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Central District Of California

Plaintiff: PENTHOUSE GLOBAL MEDIA, INC., ETC., ET AL.
Defendant: SKWS ENTERPRISES, INC., ETC., ET AL.

| PROOF OF SERVICE SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:16-CV-03498 GW (PLAX) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1); NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; NOTICE TO PARTIES: COURT POLICY ON SETTLEMENT AND USE OF ALTERNATIVE DISPUTE RESOLUTION (ADR); NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES.

3. a. Party served:    SKWS ENTERPRISES, INC., A CALIFORNIA CORPORATION
   b. Person served:   SAGAR PARIKH, AGENT FOR SERVICE OF PROCESS

4. Address where the party was served:   433 N. CAMDEN DRIVE
                                          6TH FLOOR
                                          BEVERLY HILLS, CA  90210

5. I served the party:
   b. **by substituted service.** On: Thu., May. 26, 2016 at: 4:27PM by leaving the copies with or in the presence of:
      KIMBERLY "DOE", RECEPTIONIST, Hispanic, Female, Black Hair, Brown Eyes, 5 Feet 2 Inches, 140 Pounds
      (1) **(Business)** Person in charge over 18. I informed him or her of the general nature of the papers.
      (4) A declaration of mailing is attached.

   Recoverable Cost Per CCP 1033.5(a)(4)(B)

7. **Person Who Served Papers:**
   a. MOHAMMAD  RAFIQUIZZAMAN

   d. **The Fee** for Service was:   $114.40
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:   6600
      (iii) County:   Los Angeles

First Legal
1511 West Beverly Blvd.
Los Angeles, CA 90026
Telephone  (213) 250-9111
Fax        (213) 250-1197
www.firstlegalnetwork.com

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Thu, Jun. 02, 2016

   (MOHAMMAD RAFIQUIZZAMAN)

Judicial Council Form                PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007   SUMMONS

3031060 .carma.807655

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| CAROLINE H. MANKEY, Bar #187302<br>SEDGWICK, LLP<br>801 SOUTH FIGUEROA STREET<br>19TH FLOOR<br>LOS ANGELES, CA 90017<br>Telephone No: 213-426-6900   FAX No: 877-547-6580<br>Ref. No or File No.:<br>Attorney for: Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Central District Of California | | |
| Plaintiff: PENTHOUSE GLOBAL MEDIA, INC., ETC., ET AL.<br>Defendant: SKWS ENTERPRISES, INC., ETC., ET AL. | | |
| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date:   Time:   Dept/Div: | Case Number:<br>2:16-CV-03498 GW (PLAX) |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1); NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; NOTICE TO PARTIES: COURT POLICY ON SETTLEMENT AND USE OF ALTERNATIVE DISPUTE RESOLUTION (ADR); NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing: Thu., May. 26, 2016
   b. Place of Mailing: LOS ANGELES, CA 90026
   c. Addressed as follows: SKWS ENTERPRISES, INC., A CALIFORNIA CORPORATION
      433 N. CAMDEN DRIVE
      6TH FLOOR
      BEVERLY HILLS, CA 90210

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu., May. 26, 2016 in the ordinary course of business.

5. Person Serving:
   a. Thomas Tilcock
   b. FIRST LEGAL SUPPORT SERVICES
      1511 BEVERLY BOULEVARD
      LOS ANGELES, CA 90026
   c. (213) 250-1111, FAX (213) 250-1197

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. **The Fee** for Service was: $114.40
   e. I am: Not a Registered California Process Server

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Thu, Jun. 02, 2016

   (Thomas Tilcock)

Judicial Council Form   PROOF OF SERVICE   3031060   .carma.807655
Rule 2.150.(a)&(b) Rev January 1, 2007   By Mail