1 | SEDGWICK LLP
  | CAROLINE H. MANKEY  (Bar No. 187302)
2 | *caroline.mankey@sedgwicklaw.com*
  | 801 S. Figueroa St., 19th Fl.
3 | Los Angeles, CA  90017-5556
  | Telephone: 213.426.6900
4 | Facsimile: 877.547.6580

5 | Attorneys for Plaintiffs Penthouse Global
  | Media, Inc. and General Media
6 | Communications, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| PENTHOUSE GLOBAL MEDIA, INC., et al., | Case No. 2:16-cv-03498 GW (PLAx) |
|---|---|
| Plaintiffs, | **JOINT STATUS REPORT** |
| v. | |
| SKWS ENTERPRISES, INC., et al., | |
| Defendants. | |

83919058v1

1

Plaintiffs Penthouse Global Media, Inc. and General Media Communications, Inc. (collectively, "Penthouse" or "Plaintiffs"), and Defendants SKWS Enterprises, Inc., Factory Nightclub, Nathan Goller, and Joe Villa (collectively, "Defendants"), have reached a settlement agreement in principle and have completed documentation of the agreement. The written settlement agreement has been signed by two of the parties to it and the parties are awaiting the signatures of all other parties to it.

Dated: October 31, 2016  SEDGWICK LLP

By:  */s/ Caroline H. Mankey**
  Caroline H. Mankey
  Attorneys for Plaintiffs
  Penthouse Global Media, Inc. and
  General Media Communications, Inc.

Dated: October 31, 2016  BEVERLY HILLS LAW CORP., PC

By:  */s/ Sagar Parikh*
  Sagar Parikh
  Attorneys for Defendants
  SKWS Enterprises, Inc., Factory
  Nightclub, and Joe Villa

\* Pursuant to Local Rule 5-4.3.4(a)(2)(i), Caroline H. Mankey hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.