AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court  May 19, 2016  on the following

☒ Trademarks or    ☐ Patents.    ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:16-cv-03498-GW-PLA | DATE FILED<br>05/19/2016 | U.S. DISTRICT COURT<br>Central District of California |
|---|---|---|
| PLAINTIFF<br>PENTHOUSE GLOBAL MEDIA, INC., a Delaware corporation, GENERAL MEDIA COMMUNICATIONS, INC., A New York corporation | | DEFENDANT<br>SKWS ENTERPRISES, INC., a California corporation, FACTORY NIGHTCLUB, form of business entity unknown, JOE VILLA, an individual, NATHAN GOLLER, an individual, and DOES 1 through 50 |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 4,808,739 | 09/08/2105 | General Media Communications, Inc. |
| 2 | 3,779,465 | 04/20/2010 | General Media Communications, Inc. |
| 3 | 3,007,070 | 10/18/2005 | General Media Communications, Inc. |
| 4 | 2,810,417 | 02/03/2004 | General Media Communications, Inc. |
| 5 | 4,782,367 | 07/28/2015 | General Media Communications, Inc. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Please refer to the order attached dated 11/16/2016. |

| CLERK<br>Kiry K. Gray | (BY) DEPUTY CLERK<br>Charles A. Rojas | DATE<br>11/16/2016 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director    **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director    **Copy 4**—Case file copy



JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENTHOUSE GLOBAL MEDIA, INC., et al.,<br><br>          Plaintiff,<br><br>     v.<br><br>SKWS ENTERPRISES, INC., et al.,<br><br>          Defendants. | Case No.  CV 16-3498-GW(PLAx)<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety with the Court retaining jurisdiction to enforce the settlement agreement. Each party will bear its own attorneys' fees and expenses.

IT IS SO ORDERED.

Dated: November 16, 2016

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE